**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA JUNIEL,<br><br>      Plaintiff,<br><br>   v.<br><br>PBG LONG TERM DISABILITY PLAN,<br><br>      Defendant.<br>_____/ | No. C 05-02910 JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

On October 25, 2005, Plaintiff Cassandra Juniel filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a) that was not signed. Therefore, the notice is insufficient. The Court HEREBY VACATES the Case Management Conference currently scheduled for October 28, 2005 at 1:30 p.m. The Court FURTHER ORDERS that Plaintiff shall file a proper notice of dismissal by no later than November 2, 2005.

**IT IS SO ORDERED.**

Dated: October 28, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE